IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EXECWARE, LLC,<br><br>             Plaintiff,<br><br>     v.<br><br>SEARS BRANDS LLC,<br>KMART.COM LLC,<br>KMART CORPORATION, and<br>SEARS, ROEBUCK, AND CO.,<br><br>             Defendants. | C.A. No. 12-561-LPS-SRF |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(2), it is hereby stipulated by and between Plaintiff Execware, LLC, and Defendants Sears Brands LLC, *et al.*, subject to the approval of the Court, that all claims between them in this action are dismissed WITH PREJUDICE.  Each party is to bear its own costs, expenses, and attorneys' fees.

| | |
|---|---|
| BAYARD, P.A.<br><br>*/s/ Stephen B. Brauerman*<br>Richard D. Kirk (#922)<br>Stephen B. Brauerman (#4952)<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE  19801<br>(302) 655-5000<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br><br>*Attorneys for Plaintiff,*<br>*Execware, LLC*<br>*April 14, 2014* | DRINKER BIDDLE & REATH, LLP<br><br>*/s/ Todd C. Schiltz*<br>Todd C. Schiltz (I.D. No. 3253)<br>1100 North Market Street, Suite 1000<br>Wilmington, Delaware 19801-1254<br>Telephone: (302) 467-4200<br>Facsimile: (302) 467-4201<br>Todd.Schiltz@dbr.com<br><br>*Attorneys for Defendants,*<br>*Sears Parties* |

SO ORDERED this ___ day of _____, 2014.

_____
United States District Judge